SHA-1 Hash: 8347F054CEFAF38A55435CA9C94F2B1DDD2D27AF    Title: Slow Motion
Rights Owner: Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 50.129.109.248 | 5/24/2012 23:07 | Lafayette | IN | Comcast Cable | BitTorrent |
| 2 | 67.177.98.142 | 7/2/2012 4:56 | Fairland | IN | Comcast Cable | BitTorrent |
| 3 | 68.51.92.217 | 5/3/2012 1:50 | Muncie | IN | Comcast Cable | BitTorrent |
| 4 | 68.58.130.144 | 7/22/2012 23:30 | Indianapolis | IN | Comcast Cable | BitTorrent |
| 5 | 69.136.161.50 | 7/11/2012 4:47 | Hartford City | IN | Comcast Cable | BitTorrent |
| 6 | 98.213.15.161 | 5/26/2012 15:50 | Richmond | IN | Comcast Cable | BitTorrent |
| 7 | 98.213.222.20 | 7/19/2012 15:32 | Richmond | IN | Comcast Cable | BitTorrent |
| 8 | 98.222.101.216 | 6/7/2012 17:38 | Anderson | IN | Comcast Cable | BitTorrent |

EXHIBIT A

SIN8