UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) 1:12-cv-01135-WTL-MJD |
| | ) Judge William T. Lawrence |
| JOHN DOES 1-8, | ) Magistrate Judge Mark K. Dinsmore |
| Defendants. | ) |

JOINT MOTION FOR STAY OF COURT'S JANUARY 29, 2013 ORDER AND MOTION
FOR LEAVE TO CONDUCT SETTLEMENT DISCUSSIONS

NOW COME Defendant John Doe 7, by and through counsel, and Plaintiff, Malibu

> **GRANTED IN PART and DENIED IN PART.** The parties' request for any stay of this matter is denied. However, the time set forth in Dkt. 49 for John Doe 7 to identify himself or herself to the Court is hereby enlarged to and including February 28, 2013, and the time set forth in Dkt. 50 for Plaintiff to respond to John Doe 7's Motion to Quash is hereby enlarged to and including March 8, 2013. Furthermore, Plaintiff is granted relief from Dkt. 13's prohibition on communications with John Doe 7 for the purpose of conducting settlement negotiations with and through counsel for John Doe 7.
> Dated: February 8, 2013

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Order to Show Cause granting Defendant John Doe 7 fourteen days to file an *ex parte* Motion for Leave to Proceed Anonymously in this matter. [Doc. 26] John Doe 7 filed his *ex parte* Motion on November 14, 2012. On January 29, 2013, the Court entered an Order denying John Doe 7's *ex parte* Motion, and setting a briefing schedule for the Motion to Quash filed by John Doe 7. [Doc. 49]

The parties wish to engage in settlement discussions prior to Comcast delivering John Doe 7's personal identifiers to Plaintiff, and respectfully request that the Court stay its January 29, 2013 order for a period of 14 days so that the parties may discuss settlement of this matter.